UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. KNOP, II,<br>individually and derivatively on behalf of<br>AVENIR CORPORATION<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES G. MACKALL, JR., et al.,<br><br>    Defendants. | Civil Action 09-00279 (HHK) |

**ORDER**

Before the Court are plaintiff's statement of attorneys' fees and expenses [#16] and supplemental request for an order awarding attorneys' fees and expenses [#21]. Upon consideration of plaintiff's statement and supplemental request, the Court awards plaintiff attorneys' fees and expenses in the amount of $17,418.69 pursuant to 28 U.S.C. §1447(c). Accordingly, it is this 8th day of March 2010, hereby

**ORDERED** that defendants, with the exception of the Avenir Corporation, shall pay plaintiffs the sum of $17, 418.69 within 30 days of the entry of this order.

                   Henry H. Kennedy, Jr.
                   United States District Judge