IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER J. KNOP, II<br>    Individually, and<br>      derivatively on behalf of AVENIR<br>    CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES G. MACKALL, JR.,<br>PETER C. KEEFE,<br>JAMES H. ROONEY,<br><br>      and<br><br>AVENIR CORPORATION<br><br>        Defendants. | Civil Action No.<br>1:09-cv-00279-HHK |

**ORDER**

The Order of this Court dated March 8, 2010, was reversed by the United States Court of Appeals for the District of Columbia Circuit on May 13, 2011. This Court's Order dated May 28, 2010, authorized Defendants Charles G. Mackall, Jr., Peter C. Keefe, and James H. Rooney ("Defendants") to deposit the sum of $17,418.69 with the Clerk of the Court pending resolution of their appeal, and such funds were deposited on May 28, 2010. Based on the Unopposed Motion to Release Funds on Deposit During the Pendency of Appeal, the Clerk of the Court shall release to Defendants the amounts deposited pending appeal, together with any accrued interest and income thereon.

    SO ORDERED.

Dated: July  8 , 2011

                                                              JUDGE HENRY H. KENNEDY, JR.
                                                              United States District Judge

Russell J. Gaspar (D.C. Bar No. 229781)
COHEN MOHR, LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, D.C. 20007

Ray L. Hanna (D.C. Bar No. 207779)
4208 37th Street, N.W.
Washington, D.C. 20008

*Attorneys for Plaintiff*

Walter D. Kelley, Jr. (D.C. Bar No. 987524)
Tara Lynn R. Zurawski (D.C. Bar No. 980960)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Defendants*